Annie Annys, an Infant, by Sophie Metlowski, Her Guardian ad Litem, Plaintiff, v. Jacob Bellman and Another, Defendants.— Motion granted, without costs. Present — Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ.

Application of James Donovan, Attendant in the Supreme Court, for Retirement on Half Pay, Pursuant to Section 117 of Chapter 30 of the Consolidated Laws.* — Application granted, to take effect on January 1, 1914, and annuity determined at the rate of $900 per annum.

John Grady, Respondent, v. National Conduit and Cable Company, Appellant.— Motion for leave to appeal to the Court of Appeals granted. See former opinion in this case (153 App. Div. 401), and opinion in *Welch* v. *Waterbury Co.* (159 id. 509), decided herewith. Present — Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ.

In the Matter of Leebert L. Lamborn, an Attorney.— Motion granted, and respondent's name stricken from the roll of attorneys. Present — Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ.

In the Matter of the Application of Herbert C. Lyttle, for Payment of an Award in re Blackwell's Island Bridge.— Motion to confirm report granted, without costs. Present — Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ.

In the Matter of the Application of Manhattan Bridge Three Cent Line, for the Appointment of Commissioners, etc.— Motion to confirm report granted. Present — Jenks, P. J., Burr, Thomas, Carr and Rich, JJ.

In the Matter of Alexander Marks, an Attorney.— Motion granted, and matter referred to the Hon. William D. Dickey, official referee, for examination and report, together with his opinion. Present — Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ.

In the Matter of Joseph Martin, an Attorney.— Motion granted, and matter referred to George H. Harman, Esq., referee, in place of William F. Wyckoff. Present — Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ.

In the Matter of the Application of Charles J. McCafferty, an Attorney, for Permission to Resume Practice.—Motion granted, and respondent permitted to resume the practice of the law. Present — Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ.

In the Matter of the Application of John H. Sears for Admission to the Bar.— Application granted. Present — Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ.

Nathan Kurnick, Respondent, v. Lena Greenbaum, Appellant.— Motion granted, with costs. Present — Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ.

---

* Judiciary Law (Consol. Laws, chap. 30; Laws of 1909, chap. 35), § 117, added by Laws of 1913, chap. 185.— [REP.